# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 3 2015

CHRISTOPHER A. PRINE
CLERK

## CASE # 01-13-00362-CV

**PHILLIP MANDERSCHEID,**

**PLAINTIFF/APPELLANT,**

**v.**

**LAZ PARKING OF TEXAS LLC, and
BOOT MAN, INC. D/B/A PREMIER PARKING
ENFORCEMENT,**

**DEFENDANT/APPELLEE.**

---

## MOTION TO ENLARGE TIME WITHIN WHICH APPELLANT'S MOTION FOR REHEARING THE COURT'S OPINION OF 15 OCTOBER 2015 MAY BE TIMELY COMPLETED AND FILED

---

Phillip Manderscheid, Appellant pro
se
315 Heidrich Street
Houston, Texas   77018
Res: 832-848-1934
Cell:  832-423-0951

request for enlargement of time within which to complete and file Appellant's Motion for Rehearing of this Court's Opinion of 15 October 15.

## II.
## MOTION TO ENLARGE TIME WITHIN WHICH APPELLANT MAY TIMELY COMPLETE AND FILE APPELLANT'S MOTION FOR REHEARING OF THIS COURT'S OPINION OF 15 OCTOBER 15.

6. This Motion To Enlarge Time to make timely filing of Appellant's Motion for Rehearing of the Court's OPINION of 15 October 15 is timely made pursuant to the Texas Rules of Appellate Procedure (TRAP) generally, and in particular pursuant to TRAP, Rule 49 said motion being in compliance with TRAP, Rule 10.5(b)

7. Pursuant to TRAP, Rule 49.1, a motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered.

8. Further, pursuant to TRAP, Rule 49.8, a court of appeals may extend the time for filing a motion for rehearing or en banc reconsideration if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion.

9. Further, pursuant to TRAP, Rule 10.5(b), Appellant here makes this his first request for enlargement of time to file his Motion for Rearing of this Court Opinion of 15 October 15 Motion for Rehearing. Appellant has not previously made any request nor has Appellant been denied any previous request for enlargement to file Appellant's Motion for Rehearing.

10. The Court's Opinion in this case was rendered and filed on 15 October 15 and the last day on which a Motion to Enlarge may timely be filed pursuant to TRAP is 15 November 15 thus rendering this present motion to enlarge as being timely.

11. Appellants are here requesting an enlargement for a reasonable time of fifteen (30) days from Sunday, 15 November 15, to and including Tuesday, 15 December 15.

12. The court's Opinion was rendered and filed on 15 October 15 after many months and the Opinion consisted of 29 pages text. In appellant's view, the opinion requires significant research in order to properly address the multiple issues rising from the Opinion for purposes of a Motion for Rehearing. It is impossible for this Appellant to properly complete this task within the present due date of 15 November 15 under the rules without an enlargement of time. Due Process requires that Appellant request of this court an enlargement of time in order to meet the Appellant's burden respecting his Motion for Rehearing.

13. Appellant is here proceeding pro se without the assistance of counsel for this appeal and is, accordingly, having to individually research, write and prepare the Motion for Rehearing for filing with this court without aid and assistance of professional and experienced counsel while not being personally experienced and/or trained in the task at hand. This has and will continue to require a greater and more complex work load than is possible to be completed within the present due date of 15 November 15.

14. Further, Appellant has experienced added complications for this task of researching, writing and timely filing of his Reply Brief since the Appellee has raised fundamental jurisdictional issues challenging this court's jurisdiction over this appeal.

15. Appellant is seeking to address multiple errors which are perceived by Appellant as being inconsistent with the ends of justice and due process of law. Those complex issues together with the scope and number of those issues make it impossible for appellant to timely complete the task without an appropriate enlargement of time from this court.

16. Each and all of the foregoing make absolutely necessary this Appellants request for an extended thirty (30) enlargement of time given the circumstances rising from this appeal.

17. Accordingly, Appellant request of this court an enlargement time in the reasonable amount of thirty (30) days be GRANTED within which Appellant may complete and timely file his Motion for Rehearing of this court's Opinion of 15 October 15 which request seeks to enlarge the filing due date from Sunday, 15 November 15 to and including Tuesday, 15 December 15.

### III.
### NO ONE WILL BE INJURED BY THIS COURT'S GRANTING A THIRTY DAY ENLARGEMENT OF TIME WITHIN WHICH APPELLANT MAY TIMELY FILE HIS MOTION FOR REHEARING OF THIS COURT'S OPINION OF 15 OCTOBER 15.

18. Should this court grant Appellant's requests for thirty (30) day enlargement of time in this case, no one will be unjustly delayed or injured. Alternatively, the enlargement of time will permit and afford to the Appellant a due process sufficient to complete his Motion for Rehearing of the Opinion of this court dated 15 October 15.

19. This request for enlargement of time is not being made for any purpose of delay but rather for sufficient and reasonable added time to permit Appellant adequate time to complete preparation and timely filing of his Motion for Rehearing of the Court's Opinion of 15 October 15.

**WHEREFORE PREMISES CONSIDERED**, Appellant requests relief from this court as follows:

1. That this court GRANT Appellant's requests for a thirty (30) day enlargement of time within which Appellant Motion for Rehearing of the Court's Opinion of 15 October 15 may be completed and timely filed with the clerk of this court, and

2. That the court GRANT the Appellant's request for an Enlargement of time of thirty (30) days enlargement from Sunday, 15 November 15 to and including Tuesday, 15 December 15, and

3. That this court GRANT to Appellant added and other relief that to the court is just at law and/or in equity, and

4. Appellants request justice.

Respectfully submitted,


Phillip Manderscheid, Appellant pro se
315 Heidrich Street
Houston, Texas 77018
Res: 832-848-1934
Cell: 832-423-0951

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to the court of Appeals has on this the _13_ day of November, 2015 been forwarded to the counsel for Appellee at his address of record as is filed in the records of this appeal.

_____

Phillip Manderscheid, Appellant pro se